■ In the Matter of SYLVIA KOGEL, Appellant, v SUFFOLK COUNTY BOARD OF ELECTIONS et al., Respondents. — In a proceeding, *inter alia,* to invalidate the petition designating the respondent Terry as a candidate in the Republican Party Primary Election to be held on September 10, 1981 for the party position of County Committeeman from the 121st Election District, Town of Brookhaven, the appeal is from a judgment of the Supreme Court, Suffolk County (McCarthy, J.), dated August 19, 1981, which determined that the designating petition was not defective. Judgment reversed, on the law, without costs or disbursements, and matter remanded to Special Term to hear and determine whether the petitioner's name was placed on the designating petition without her consent (see *Matter of Richardson v Luizzo,* 64 AD2d 942, affd 45 NY2d 789 on mem at App Div). Such determination is to be made with all convenient speed. Mollen, P.J., Hopkins, O'Connor and Weinstein, JJ., concur.

■ In the Matter of ANDREW G. MCDONALD, Appellant, v ALBERT T. HAYDUK et al., Constituting the Board of Elections of the County of Westchester, Respondents, and PHILIP S. PEPE, JR., Respondent. (And Three Other Actions.) — In four proceedings to invalidate petitions designating the respondents-respondents as candidates in the Conservative Party Primary Election to be held on September 10, 1981 for the public office of council member *et al.,* in the City of Yonkers, the appeal is from a judgment of the Supreme Court, Westchester County (Ruskin, J.), dated August 20, 1981, which dismissed the proceedings. Judgment affirmed, without costs or disbursements. No opinion. Mangano, J.P., Rabin, Margett and Thompson, JJ., concur.

■ In the Matter of T. RILEY MCNEIL, Appellant, v FRANK COVENEY et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and MARTIN LANG et al., Respondents. — In a proceeding to invalidate petitions designating the respondents-respondents as candidates in the Republican Party Primary Election to be held on September 10, 1981 for the party position of member of the Suffolk County Republican Committee, the appeal is from a judgment of the Supreme Court, Suffolk County (Baisley, J.), dated August 24, 1981, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. No opinion. Damiani, J.P., Gibbons, Gulotta and Bracken, JJ., concur.

■ In the Matter of ROBERT R. MEGUIN et al., Appellants, v FRANK COVENEY et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and RAYMOND C. ALLMENDINGER et al., Respondents. — In a proceeding to invalidate petitions designating the respondents-respondents as candidates in the Conservative Party Primary Election to be held on September 10, 1981 for the public offices of Supervisor, Councilmen *et al.,* for the Town of Babylon, the appeal is from a judgment of the Supreme Court, Suffolk County (Gerard, J.), dated August 20, 1981, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. No opinion. Mollen, P.J., Hopkins, O'Connor and Weinstein, JJ., concur.